# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JONATHAN P. JONES,

         Petitioner

         v.

COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

         Respondent

:   No. 35 WM 2016

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Petition for Writ of Mandamus (Supplement) are **DENIED**.